

Attorneys at Law
L'Abbate, Balkan, Colavita & Contini, L.L.P.
1001 Franklin Avenue, Garden City, New York 11530
T. 516.294.8844  F. 516.294.8202
www.lbcclaw.com

Matthew J. Bizzaro
Associate
mbizzaro@lbcclaw.com

Writer's Direct Dial
(516) 837-7441

December 5, 2014

United States Court of Appeals for
The Second Circuit
40 Foley Square
New York, New York 10007

Attn.: Jason Wang, Case Manager

   Re: *Beauvoir, Gary v. Israel, David M.*
     Docket No.: 14-3794

Dear Mr. Wang:

  We represent the appellee, David M. Israel, Esq. ("Appellee" or "Mr. Israel") in the above-referenced matter.

  We received the Court's expedited briefing schedule for the appeal of appellants, Gary Beauvior and Husbene Beauvior ("Appellants"). Specifically, this Court directed Appellants to file their brief on January 8, 2015, and ordered that Appellee's brief be submitted by February 12, 2015.

  Please be advised that Appellants previously filed a motion with the district court, seeking permission to file a late notice of appeal. This motion was granted by the district court very shortly after it was filed, before Appellee had a chance to respond to same. Therefore, Appellee filed a motion seeking reconsideration of the district court's order. This motion will be fully submitted on Monday, December 9, 2014.[1]

  As a result of the foregoing, Appellee respectfully requests that the motion schedule be extended in order to permit the district court ample time to issue a decision on the motion seeking reconsideration, which may render the appeal moot. Particularly, Appellee respectfully requests that that this Court direct the following briefing schedule: (i) Appellants to submit their brief on or before February 12, 2015; and (ii) Appellee has until March 19, 2015 to file his brief.

---

[1] Appellee originally filed the motion on October 20, 2014. Appellants, however, sought an extension of time to oppose the motion. Appellee agreed, on the condition that Mr. Israel be afforded additional time to serve his reply.

Jason Wang
United States Court of Appeals
 for the Second Circuit
December 5, 2014
Page 2


Thank you for your kind consideration of this request. If you have any questions, please feel free to contact the undersigned.

Very truly yours,

MATTHEW J. BIZZARO

MJB:lg

cc:     Levi Huebner, Esq. (via ECF)

