**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

**MOTION INFORMATION STATEMENT**

**Docket Number(s):** 14-3795                  **Caption [use short title]**

**Motion for:** Extesnion of time for appellants to perfect their appeal.

Beauvoir v. Israel - Case No. 14-3794

Set forth below precise, complete statement of relief sought:

Appellants are requesting a two week extension of time to perfect thier appeal to Janaury 22, 2015 due to the severe illness of appellate counsel.

**MOVING PARTY:** Beauvoir                                **OPPOSING PARTY:** Israel
☐ Plaintiff     ☐ Defendant
☑ Appellant/Petitioner     ☐ Appellee/Respondent

**MOVING ATTORNEY:** Levi Huebner        **OPPOSING ATTORNEY:** Mathew J. Bizzaro
[name of attorney, with firm, address, phone number and e-mail]

Levi Huebner & Associates, PC            L'Abbate, Balkan, Colavita & Contini, L.L.P.
478 Malbone St, Ste 100, Brooklyn, NY 11225    1001 Franklin Avenue, Garden City, NY 11530
(212) 354-5555 - newyorklawyer@msn.com   (516) 294-8844 - mbizzarow@lbcclaw.com

**Court-Judge/Agency appealed from:** District Court for the Eastern District - Senior Judge Frederic Block

**Please check appropriate boxes:**                   **FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has movant notified opposing counsel (required by Local Rule 27.1):    Has request for relief been made below?  ☐ Yes ☐ No
☑ Yes  ☐ No (explain):                                Has this relief been previously sought in this Court? ☐ Yes ☐ No
                                                      Requested return date and explanation of emergency:

Opposing counsel's position on motion:
☑ Unopposed  ☐ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☑ No  ☐ Don't Know

Is oral argument on motion requested?  ☐ Yes ☑ No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes ☑ No  If yes, enter date:

**Signature of Moving Attorney:**
/ s / Levi Huebner         **Date:** 1-5-15        **Service by:** ☑ CM/ECF  ☐ Other [Attach proof of service]

**Form T-1080** (rev. 12-13)

ב"ה

UNITED STATES COURT OF APPEALS
SECOND CIRCUIT OF NEW YORK
-----------------------------------------------------------------------X
GARY BEAUVIOR and HUSBENE BEAUVIOR		Docket No.: 14-3794
on behalf of themselves and all other similarly
situated consumers,

                      Plaintiffs-Appellants,		**DECLERATION**

    -against-

DAVID M. ISRAEL,

                      Defendant-Appellee.
-----------------------------------------------------------------------X

State of New York )
                )ss.:
County of Kings   )

    Levi Huebner under penalties affirms to the following:

    1.    I am the principal of Levi Huebner & Associates, PC, attorneys for the Appellants in the within matter and as such I am fully familiar with the within matter.

    2.    By order dated December 4, 2014 this case was placed on the Court's Expedited Calendar, setting appellants' brief due date as January 8, 2015, appellee's brief due date as February 12, 2015.

    3.    Appellants are requesting that appellants' time to perfect their appeal be extended two weeks to January 22, 2015.

    4.    The reason for this request is because unexpected difficulties have prevented my office from being able to perfect the appellants appeal on or before January 8, 2015.

    5.    My colleague Elie C. Poltorak who is my appellate counsel has been drafting the appeal. Unfortunately, after a period of remission, due to a flare-up of a debilitating illness, Mr. Poltorak been unable complete the perfection of the appeal.

6. He contacted me today and informed me that due to extreme pain and immobility from his condition and flare-up he simply cannot type or do research and is unable to complete his scheduled work on perfecting appellant's appeal.

7. Today I immediately contacted Mathew J. Bizzaro counsel for appellee and he consented to appellants' request for a two week extension to file their brief and requested that appellants reciprocate with a two week extension of appellee's time to file his brief to February 26, 2015. I informed him that appellants likewise consent to appellee's request for a two week extension to file his reply brief on February 26, 2015.

8. This is appellants' first request for an extension to perfect their appeal.

Respectfully submitted,

Levi Huebner & Associates, PC

/ s / Levi Huebner

_____

Levi Huebner

*Attorneys for Plaintiff-Appellant*

Cc: Via ECF To:

Matthew J. Bizzaro, Esq.
L'Abbate, Balkan, Colavita & Contini, L.L.P.

*Attorneys for Defendant-Appellee*