# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of January, two thousand and fifteen.

Before:       Ralph K. Winter,
                  *Circuit Judge.*

_____

Gary Beauvior, Husbene Beauvior, on behalf of themselves
and all other similarly situated consumers,

Plaintiffs-Appellants,            **ORDER**

    v.                                          Docket No. 14-3794

David M. Israel,

Defendant-Appellee.

_____

Appellants move for an extension of time to file the brief and appendix.

IT IS HEREBY ORDERED that an extension is granted until February 9, 2015. However, the appeal is dismissed effective February 9, 2015 unless a brief is filed by that date. A motion for reconsideration or other relief will not stay the effectiveness of this order. See RLI Ins. Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013). Appellee's brief is due March 16, 2015.

                                                          For the Court:

                                                          Catherine O'Hagan Wolfe,
                                                          Clerk of Court

