# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

### VERIFIED ITEMIZED BILL OF COSTS

| THIS SECTION MUST BE COMPLETED BY COUNSEL | | |
|---|---|---|
| CASE TITLE:<br>Gary Beauvoir, Husbene Beauvoir, on behalf of themselves and all other similarly situated consumers,<br><br>　　　Plaintiffs-Appellants<br>　v.<br>David M. Israel,<br>　　　Defendant-Appellee | USCA DOCKET NUMBER:<br>14-3794-cv | COUNSEL'S NAME:<br>Matthew J. Bizzaro |
| | DISTRICT/AGENCY:<br>Eastern District of New York | COUNSEL'S ADDRESS:<br>1001 Franklin Avenue, 3rd Floor<br>Garden City, New York 11530 |
| | DISTRICT/AGENCY NUMBER:<br>718-613-2600 | DATE: July 28, 2015 |

Counsel for
 Defendant-Appellee, David M. Israel
respectfully submits, pursuant to FRAP 39 (c) the within bill of costs and requests the Clerk to
prepare an itemized statement of costs taxed against the
 Plaintiffs-Appellants, Gary Beauvoir, Husbene Beauvoir
and in favor of
 Defendant-Appellee, David M. Israel
for insertion in the mandate.

Docketing Fee _____

Costs of printing appendix (necessary copies _____ ) _____

Costs of printing brief (necessary copies __9 (27 pages___ ) 250.00

Costs of printing reply brief (necessary copies _____ ) _____

The undersigned affirms that the foregoing statements are true and accurate,

**(VERIFICATION HERE)**

_____
MATTHEW J. BIZZARO
Signature

Sworn to before me this
28th day of July, 2015

_____
Notary Public

LAURA A. GUARDIANO
Notary Public, State of New York
No. 01GU5074355
Qualified in Suffolk County
Commission Expires March 10, 20 _19_

Rev. April, 2011

# Exhibit "A"



## COUNSEL PRESS

---

**BILL OF COSTS**

---

**CLIENT:**     L'Abbate Balkan Colavita & Contini, LLP
1001 Franklin Avenue
3rd Floor
Garden City, NY 11530

**ATTN:**     Matthew J. Bizzaro, Esq.

**RE:**     <u>Beauvior v. David M. Israel</u>
**INVOICE:**     9057423
**COURT:**     USCOA - 2nd Cir.

| APPELLEE'S BRIEF | COPIES | UNITS | | COST | | | TOTAL |
|---|---|---|---|---|---|---|---|
| Cover(s) - Binding Included | | 1 | @ | $ | 135.00 | $ | 135.00 |
| Reproduction | 9 | 27 | @ | $ | 1.0288 | $ | 250.00 |
| Electronic File Production and Review | | 1 | @ | $ | 65.00 | $ | 65.00 |
| File(s) Uploaded | | 1 | @ | $ | 35.00 | $ | 35.00 |
| Filing of Documents | | 1 | @ | $ | 75.00 | $ | 75.00 |
| Federal Express - To Client | | 1 | @ | $ | 24.00 | $ | 24.00 |

|  |  |  |  |
|---|---|---|---|
| **SUB-TOTAL:** | | $ | 584.00 |
| **APPLICABLE SALES TAX:** | 8.625% | $ | 50.37 |
| **TOTAL:** | | $ | 634.37 |

# Exhibit "B"

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of July, two thousand and fifteen.

Before:     José A. Cabranes,
            Rosemary S. Pooler,
            Christopher F. Droney,
                 *Circuit Judges.*

---

Gary Beauvoir, Husbene Beauvoir, on behalf of
themselves and all other similarly situated consumers,

    Plaintiffs - Appellants,

v.

David M. Israel,

    Defendant - Appellee.

**JUDGMENT**
Docket No. 14-3794

---

The appeal in the above captioned case from a judgment of the United States District Court for the Eastern District of New York was argued on the district court's record and the parties' briefs.  Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the August 7, 2014 judgment of the district court is AFFIRMED.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

