

**Matthew J. Bizzaro**
**Partner**
mbizzaro@lbcclaw.com

Writer's Direct Dial
(516) 837-7441

Attorneys at Law
L'Abbate, Balkan, Colavita & Contini, L.L.P.
1001 Franklin Avenue, Garden City, New York 11530
T. 516.294.8844  F. 516.294.8202
www.lbcclaw.com

August 5, 2015

**VIA ECF**
Atasha Joseph, Deputy Clerk
United States Court of Appeals
The Second Circuit
40 Foley Square
New York, NY 10007

     Re: *Beauvior, Gary et ano v. Israel, David M.*
       Docket No.: 14-3794

Dear Honorable Sir:

  Our office represents the appellee, David M. Israel, Esq. ("Mr. Israel") in the above-referenced Fair Debt Collection Practices Act matter.

  We write this letter in response to the appellants' Petition For Rehearing or Rehearing En Banc. Pursuant to Rules 35 and 40 of the Federal Rules of Appellate Procedure, a response to the appellants' application is not required unless this Court orders same. If this Court requires a response, we respectfully request that Mr. Israel be given until August 26th to do so, as I will be out of the office for personal reasons from August 6th through and including August 12th.

  Thank you for your kind consideration of this request. If you have any questions, please feel free to contact the undersigned.

             Respectfully submitted,

             MATTHEW J. BIZZARO

MJB
cc: Levi Huebner, Esq. (via ECF)